# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Century Furniture, LLC

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| GRUPO SOHOME LTDA and HSTUDIO MIAMI LLC ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
HStudio Miami LLC

6350 NE 4th Avenue, Unit 2, Miami, Florida 33138

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

H. Brent McKnight, Jr.
McGuireWoods LLP
501 Fayetteville Street
Suite 500
Raleigh, NC 27601

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____ _____
                                              **Server's signature**

                                              _____
                                              **Printed name and title**

                                              _____
                                              **Server's address**

**Additional information regarding attempted service, etc:**